# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Lauren Dechellis**  
Debtor(s)

Case No.  **23-20467**  
Chapter  **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Lauren Dechellis**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **March 19, 2023**

Signature **/s/ Lauren Dechellis**  
Lauren Dechellis  
Debtor

**Service**
1929 East Washington Street
New Castle PA 16101

**Earnings Statement**

Check #: **222016**
Period start: **12/18/2022**
Period end: **12/31/2022**
Pay date: **01/13/2023**

**Lauren DeChellis**  Employee #: **3846**
603 Branchton Road
Slippery Rock, PA 16057  SSN: **XXX-XX-XXXX**

**Deposit Information**

| Type | Account No. | Amount |
|---|---|---|
| Checking | ***9637 | 1,019.08 |
| **Total Deposit** | | **$1,019.08** |

| Earnings | Rate | Hours | This Period | Year to Date |
|---|---|---|---|---|
| Regular Pay | 11.00 | 47.25 | 519.75 | 519.75 |
| Overtime | 16.50 | 19.50 | 321.75 | 321.75 |
| Holiday Worked | 16.50 | 25.25 | 416.63 | 416.63 |
| Total Earnings | | 92.00 | 1,258.13 | 1,258.13 |

| Standard Deductions | This Period | Year to Date |
|---|---|---|
| New Castle CT, New Castle SD (NR) LST | 2.00 | 2.00 |
| New Castle CT, New Castle SD (NR) Regular IT | 22.84 | 22.84 |
| Pennsylvania Income Tax | 38.62 | 38.62 |
| PA EE Unemployment | 0.76 | 0.76 |
| US Federal Income Tax | 78.59 | 78.59 |
| Medicare Tax | 18.24 | 18.24 |
| Social Security Tax | 78.00 | 78.00 |
| Total Standard Deductions | 239.05 | 239.05 |

**Other Deductions**

| | This Period | Year to Date |
|---|---|---|
| | - | - |
| Total Other Deductions | 0.00 | 0.00 |

**Net Pay $1,019.08**

**Service**
1929 East Washington Street
New Castle PA 16101

**Earnings Statement**

Check #: **222623**
Period start: **01/01/2023**
Period end: **01/14/2023**
Pay date: **01/27/2023**

**Lauren DeChellis**
603 Branchton Road
Slippery Rock, PA 16057

Employee #: **3846**

SSN: **XXX-XX-XXXX**

**Deposit Information**

| Type | Account No. | Amount |
|---|---|---|
| Checking | ***9637 | 1,076.59 |
| **Total Deposit** | | **$1,076.59** |

| Earnings | Rate | Hours | This Period | Year to Date |
|---|---|---|---|---|
| Regular Pay | 11.00 | 67.00 | 737.00 | 1,256.75 |
| Overtime | 16.50 | 22.25 | 367.13 | 688.88 |
| Holiday Worked | 16.50 | 14.00 | 231.00 | 647.63 |
| Total Earnings | | 103.25 | 1,335.13 | 2,593.26 |

| Standard Deductions | This Period | Year to Date |
|---|---|---|
| New Castle CT, New Castle SD (NR) LST | 2.00 | 4.00 |
| New Castle CT, New Castle SD (NR) Regular IT | 24.78 | 47.62 |
| Pennsylvania Income Tax | 40.99 | 79.61 |
| PA EE Unemployment | 0.80 | 1.56 |
| US Federal Income Tax | 87.83 | 166.42 |
| Medicare Tax | 19.36 | 37.60 |
| Social Security Tax | 82.78 | 160.78 |
| Total Standard Deductions | 258.54 | 497.59 |

**Other Deductions**

| | This Period | Year to Date |
|---|---|---|
| | - | - |
| Total Other Deductions | 0.00 | 0.00 |

**Net Pay  $1,076.59**

**Service**
1929 East Washington Street
New Castle PA 16101

**Earnings Statement**

Check #: **223232**
Period start: 01/15/2023
Period end: 01/28/2023
Pay date: 02/10/2023

**Lauren DeChellis**
603 Branchton Road
Slippery Rock, PA 16057

Employee #: **3846**

SSN: **XXX-XX-XXXX**

**Deposit Information**

| Type | Account No. | Amount |
|---|---|---|
| Checking | ***9637 | 1,694.86 |
| **Total Deposit** | | **$1,694.86** |

| Earnings | Rate | Hours | This Period | Year to Date |
|---|---|---|---|---|
| Regular Pay | 11.00 | 80.00 | 880.00 | 2,136.75 |
| Overtime | 16.50 | 77.25 | 1,274.63 | 1,963.51 |
| Holiday Worked | - | - | - | 647.63 |
| Total Earnings | | 157.25 | 2,154.63 | 4,747.89 |

| Standard Deductions | This Period | Year to Date |
|---|---|---|
| New Castle CT, New Castle SD (NR) LST | 2.00 | 6.00 |
| New Castle CT, New Castle SD (NR) Regular IT | 39.11 | 86.73 |
| Pennsylvania Income Tax | 66.15 | 145.76 |
| PA EE Unemployment | 1.51 | 3.07 |
| US Federal Income Tax | 186.17 | 352.59 |
| Medicare Tax | 31.24 | 68.84 |
| Social Security Tax | 133.59 | 294.37 |
| Total Standard Deductions | 459.77 | 957.36 |

**Other Deductions**

| | | |
|---|---|---|
| | - | - |
| Total Other Deductions | 0.00 | 0.00 |

**Net Pay    $1,694.86**

**Service**
1929 East Washington Street
New Castle PA 16101

**Earnings Statement**

Check #: **223848**
Period start: **01/29/2023**
Period end: **02/11/2023**
Pay date: **02/24/2023**

**Lauren DeChellis**
603 Branchton Road
Slippery Rock, PA 16057

Employee #: **3846**

SSN: **XXX-XX-XXXX**

**Deposit Information**

| Type | Account No. | Amount |
|---|---|---|
| Checking | ***9637 | 1,040.73 |
| **Total Deposit** | | **$1,040.73** |

| Earnings | Rate | Hours | This Period | Year to Date |
|---|---|---|---|---|
| Regular Pay | 11.00 | 56.75 | 624.25 | 2,761.00 |
| Overtime | 16.50 | 39.50 | 651.76 | 2,615.27 |
| Holiday Worked | - | - | - | 647.63 |
| Training Pay | 11.00 | 1.00 | 11.00 | 11.00 |
| Total Earnings | | 97.25 | 1,287.01 | 6,034.90 |

| Standard Deductions | This Period | Year to Date |
|---|---|---|
| New Castle CT, New Castle SD (NR) LST | 2.00 | 8.00 |
| New Castle CT, New Castle SD (NR) Regular IT | 23.36 | 110.09 |
| Pennsylvania Income Tax | 39.51 | 185.27 |
| PA EE Unemployment | 0.90 | 3.97 |
| US Federal Income Tax | 82.06 | 434.65 |
| Medicare Tax | 18.66 | 87.50 |
| Social Security Tax | 79.79 | 374.16 |
| Total Standard Deductions | 246.28 | 1,203.64 |

**Other Deductions**

| | | |
|---|---|---|
| Total Other Deductions | 0.00 | 0.00 |

**Net Pay  $1,040.73**