Certificate Number: 05781-PAW-DE-037528364

Bankruptcy Case Number: 23-20467



05781-PAW-DE-037528364

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 21, 2023</u>, at <u>5:55</u> o'clock <u>AM PDT</u>, <u>Lauren DeChellis</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date: <u>June 21, 2023</u>

By: <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>