**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LAUREN DECHELLIS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:23-20467 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/03/2023 and confirmed on 04/25/2023 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 20,485.10 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 20,480.10 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 1,208.32 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,208.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   ROCKET MORTGAGE LLC FKA QUICKEN I<br>    Acct: 4997 | 0.00 | 11,546.75 | 0.00 | 11,546.75 |
|   ROCKET MORTGAGE LLC FKA QUICKEN I<br>    Acct: 4997 | 37,744.51 | 3,725.03 | 0.00 | 3,725.03 |
| | | | | 15,271.78 |
| **Priority** | | | | |
|   LAWRENCE W WILLIS ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAUREN DECHELLIS<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   LAUREN DECHELLIS<br>    Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
|   LAWRENCE W WILLIS ESQ<br>    Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|   LAWRENCE W WILLIS ESQ<br>    Acct: | 1,000.00 | 0.00 | 0.00 | 0.00 |
|   ROCKET MORTGAGE LLC FKA QUICKEN I<br>    Acct: 4997 | 900.00 | 0.00 | 0.00 | 0.00 |

| 23-20467 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\*\*\*N O N E\*\*\*

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 974.59 | 0.00 | 0.00 | 0.00 |
| Acct: 0990 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 529.40 | 0.00 | 0.00 | 0.00 |
| Acct: 1133 | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 279.75 | 0.00 | 0.00 | 0.00 |
| Acct: 1135 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 7,336.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9705 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENDRICK CAPITAL PARTNERS LLC | 974.59 | 0.00 | 0.00 | 0.00 |
| Acct: 1062 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST PENN POWER* | 5,991.46 | 0.00 | 0.00 | 0.00 |
| Acct: 7604 | | | | |
| CITIZENS BANK NA | 1,286.08 | 0.00 | 0.00 | 0.00 |
| Acct: 1897 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4248 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 15,271.78 |
| TOTAL CLAIMED | | |
| PRIORITY | 900.00 | |
| SECURED | 37,744.51 | |
| UNSECURED | 17.372.67 | |

Date: 02/11/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com